UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KATELYNN CALVIN,

                          Plaintiff,

    v.

ALBERT LUCAS HERNANDEZ,

                       Defendant.

Case No. 3:26-CV-00142-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Katelynn Calvin brings this action against Defendant Albert Lucas Hernandez. (ECF No. 1-1.) Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) screening the Complaint. (ECF No. 3). The R&R recommends that the Court dismiss this action with prejudice and without leave to amend for failure to state a claim.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full. Calvin submitted a form complaint for a civil case that was entirely blank with the exception of Calvin's own address. (ECF No. 1-1.) Without a short and plain statement of the claim, *see Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007), the Court cannot consider Calvin's complaint.

**I.    Conclusion**

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 3) is ADOPTED in full.

It is further ordered that Calvin's application to proceed *in forma pauperis*, (ECF No. 1) is DENIED AS MOOT.

It is further ordered that the Clerk FILE Calvin's Complaint. (ECF No. 1-1.)

It is further ordered that Calvin's Complaint (ECF No 1-1) be DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED: June 29, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2